**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Michael Shavers,

     Petitioner,       Case Number: 04-74804
               Honorable F. Kay Behm

v.

Kenneth McKee,

     Respondent.
_____/

**ORDER DENYING LETTER-MOTION TO ENFORCE SETTLEMENT**

Michael Shavers, a Michigan prisoner proceeding *pro se*, has filed a letter-motion to enforce settlement in this long-closed habeas action.

In 2001, a jury in the Saginaw County Circuit Court convicted Shavers of kidnapping and assault with intent to do great bodily harm less than murder.  He is serving a cumulative sentence of 62 to 110 years' imprisonment.  After his convictions were affirmed on direct appeal, Shavers filed a habeas petition, which was denied on June 30, 2006.[1]  (ECF No. 44.)  The United States Court of Appeals for the Sixth Circuit affirmed that decision.  *Shavers v. McKee*, No. 06-2132 (6th Cir. Sept. 17, 2007).

---

[1] The action was originally assigned to the Honorable Paul D. Borman.  After Judge Borman's retirement, the matter was reassigned to the undersigned.

Nearly 20 years after the denial of habeas relief and the closure of this case, Shavers has filed a motion requesting that the Court to enforce a purported 2019 settlement "regarding services to the hard of hearing prisoner population." (ECF No. 57, PageID.1658.) It is unclear why Shavers seeks to raise what appears to be a conditions-of-confinement claim in this unrelated, long-closed habeas proceeding. It is clear, however, that the request is not properly before the Court in this case.

Accordingly, Petitioner's motion for enforcement of settlement agreement (ECF No. 57) is DENIED.

IT IS SO ORDERED.

Date: May 4, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge